UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | |
| | : | Criminal No. 09-814 (JLL) |
| JUAN RIVERA | : | <u>CONTINUANCE ORDER</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant JUAN RIVERA (Kevin Carlucci, Esq., appearing) and good cause having been shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___1st___ day of ~~February~~ MARCH, 2010,

ORDERED that:

the trial date in this matter is continued until May 19, 2010, and that the period of time from March 8, 2010 through May 19, 2010 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before March 26, 2010;

3. The Government shall respond to such motions on or before April 16, 2010;

4. The return date for pretrial motions shall be April 29, 2010; and

5. Trial shall commence on May 19, 2010 at 10:00 a.m.

HON. JOSE L. LINARES
United States District Judge

2