```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | |
| | : | Criminal No. 09-814 (JLL) |
| | : | |
| ENRIQUE DONE | : | |
| JUAN RIVERA | : | <u>CONTINUANCE ORDER</u> |
| ITZA PAREDES | : | |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendants ENRIQUE DONE (Roy Greenman, Esq., appearing) JUAN RIVERA (Kevin Carlucci, Esq., appearing) and ITZA PAREDES (Henry Klingeman and Anna Cominsky, Esq., appearing) and good cause having been shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendants consent to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __17th__ day of June, 2010,

ORDERED that:

the trial date in this matter is continued until **September 30, 2010** and that the period of time from June 28, 2010 through September 30, 2010 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before July 20, 2010;

3. The Government shall respond to such motions on or before August 11, 2010;

4. The return date for pretrial motions shall be September 14, 2010; and

5. Trial shall commence on September 30, 2010 at 10:00 a.m.

_____
HON. JOSE L. LINARES
United States District Judge

2